MICHAEL KELLY, Appellant, *v.* OTIS ELEVATOR COMPANY, Respondent and Third-Party Plaintiff-Respondent. BARLOW-MEAGHER Co., INC., Third-Party Defendant-Appellant.

Argued January 11, 1955; decided February 28, 1955.

*Robert R. Bauman* and *Amadeus J. Ward* for appellant.

*William F. McNulty* for respondent and third-party plaintiff-respondent.

*Jerome Teich* for third-party defendant-appellant.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.